1197-14

CCA #  13-13-00318-CR

OFFENSE: Aggravated Assault

STYLE:  JUAN MEDINA v. THE STATE OF TEXAS

COUNTY:  Nueces

TRIAL COURT:  117th District Court
TRIAL COURT #:  12-CR-4359-B
TRIAL COURT JUDGE:  Hon. Sandra Watts
DISPOSITION: AFFIRMED
DATE: _____
JUSTICE: _____ PC ___ S __X__
PUBLISH: _____    DNP: ___X_____

DATE: August 14, 2014
JUDGE: Gina M. Benavides

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR_____

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

----------------------

___PRO SE___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
REFUSED_____
DATE: 01/14/2015
JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____